CHARLES GASS, Appellant, *v.* LOUIS S. WETMORE et al., Copartners under the Name of L. S. WETMORE Co. et al., Defendants, and BENJAMIN R. KITTREDGE, Respondent.

(Argued April 27, 1934; decided May 22, 1934.)

*John J. Curtin, Joseph R. Jackson* and *Wesley S. Sawyer* for appellant.

*R. Randolph Hicks* and *Lloyd F. Thanhouser* for respondent.

Judgment affirmed, with costs; no opinion. (See 264 N. Y. 704.)

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ.